850

LABE IMPORTING CO. *v.* UNITED STATES

No. 5176.—Invoices dated Yokohama, Japan, December 10, 1936, etc.
　　　　Certified December 11, 1936, etc.
　　　　Entered at New York January 13, 1937, etc.
　　　　Entry Nos. 802284, etc.

(Decided March 18, 1941)

*Fred Bennett* for the plaintiff.

*Charles D. Lawrence,* Acting Assistant Attorney General (*William J. Vitale,*. special attorney), for the defendant.

TILSON, Judge: These three appeals have been submitted for decision upon a stipulation to the effect that the merchandise herein and that in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, is the same; that the issue in both cases is the same; that the appraised value less certain additions made by the importer represents the proper export value and that there was no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the rayon wearing apparel covered by said appeals to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.